# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 43 EM 2015

                       Petitioner

            v.

MICHAEL STEVENS,

                    Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2015, the Petition for Allowance of Appeal is **DISMISSED**. Only final orders of the Superior Court may be challenged through allocatur review. *See* 42 Pa.C.S. §724(a). The Superior Court's remand order, which specifically noted that jurisdiction was retained, was not final. *See* Pa.R.A.P. 1112(b) (defining a final order, for purposes of allocatur, as one which "concludes an appeal, including an order that remands an appeal, . . . unless the appellate court remands and retains jurisdiction").